# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNY POWELL, | CIVIL ACTION NO. 3:17-CV-1109 |
| Plaintiff, | |
| | (JUDGE CAPUTO) |
| v. | |
| COMMUNITY HEALTH SYSTEMS, INC., ET AL., | |
| Defendants. | |

FILED
SCRANTON

JUN 1 3 2018

PER _____
DEPUTY CLERK

## ORDER

**NOW**, this 13th day of June, 2018, counsel having notified the Court that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within thirty (30) days of the date of this Order if settlement is not consummated.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge